# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2019

159092(73)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

*In re* Application of CONSUMERS ENERGY
COMPANY to Increase Rates.
_____/

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RESIDENTIAL CUSTOMER GROUP,
        Appellant,

v

        SC:  159092
        COA:  338592
        MPSC:  00-017990

CONSUMERS ENERGY COMPANY,
        Petitioner-Appellee,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
HEMLOCK SEMICONDUCTOR, LLC, and
MICHIGAN CABLE TELECOMMUNICATIONS
ASSOCIATION,
        Appellees.

_____/

On order of the Court, the motion for reconsideration of this Court's July 29, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019



Clerk

a1118